HENRY STANTON, Appellant, *v.* JOHN S. HENNESSEY,
Respondent.

*Stanton* v. *Hennessey*, 78 Hun, 287, affirmed.
(Argued June 18, 1896; decided October 13, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made May 14, 1894,
which reversed a judgment of the County Court of Queens
county in favor of plaintiff entered upon a verdict directed
by the court and granted a new trial.

*Edward V. B. Kissam* for appellant.

*George W. Davison* for respondent.

Order affirmed and judgment absolute ordered against plain-
tiff on the stipulation, with costs.
No opinion.
All concur.

———

JOHN ALBERT, Appellant, *v.* THE NEW YORK CENTRAL AND
HUDSON RIVER RAILROAD COMPANY, Respondent.

*Albert* v. *N. Y. C. & H. R. R. R. Co.*, 80 Hun, 152, affirmed.
(Argued June 18, 1896; decided October 13, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, entered October 3,
1894, which reversed a judgment in favor of plaintiff entered
upon a verdict and granted a new trial.

*J. Newton Fiero* for appellant.

*Hamilton Harris* for respondent.

Order of General Term reversing judgment of the Circuit
Court affirmed and judgment absolute ordered against the
the plaintiff, with costs, on opinion below.
All concur.